No. 72–1734. SAMKOWSKI, ACTING DIRECTOR, MARION COUNTY DEPARTMENT OF PUBLIC WELFARE v. CARTER ET AL.; and

No. 73–37. STANTON, DIRECTOR, INDIANA DEPARTMENT OF PUBLIC WELFARE, ET AL. v. CARTER ET AL. Appeals from D. C. S. D. Ind. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment vacated and cases remanded for further consideration in

light of *Edelman* v. *Jordan,* 415 U. S. 651 (1974). MR. JUSTICE DOUGLAS would affirm the judgment for the reasons set forth in his dissent in *Edelman* v. *Jordan,* 415 U. S. 651, 678 (1974). MR. JUSTICE BRENNAN would affirm the judgment.